UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.K., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JUPITER RESEARCH, LLC, et al.,<br><br>    Defendants. | Case No. 24-cv-09090-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 46 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Vince Chhabria for consideration of whether the case is related to *Earth's Healing, Inc. v. Shenzhen Smoore Tech. Co., Ltd.*, Case No. 3:25-cv-01428-VC; *Redbud Roots Inc. v. Shenzhen Smoore Tech. Co. Ltd.*, Case No. 3:25-cv-03221-VC; and/or *Summit Indus. Sol'ns LLC v. Shenzhen Smoore Tech. Co. Ltd.*, Case No. 3:25-cv-03431-VC.

**SO ORDERED.**

Dated: May 13, 2025

*(signature)*

SUSAN VAN KEULEN
United States Magistrate Judge